The Alden Speare's Sons Company, Appellant, *v.* Stewart C. Alger, Respondent..

*Speare's Sons Co.* v. *Alger,* 103 App. Div. 597, affirmed.
(Argued May 18, 1906; decided June 5, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover damages alleged to have been caused plaintiff through false representations made by defendant.

*William E. Warland* for appellant.

*George Lawyer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Edward T. Bartlett, Haight and Chase, JJ. Absent: Gray and O'Brien, JJ. Dissenting: Hiscock, J.

_____

Thomas N. Bayles, Respondent, *v.* Selah B. Strong, Appellant.

*Bayles* v. *Strong,* 104 App. Div. 153, affirmed.
(Submitted May 18, 1906; decided June 5, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Selah B. Strong* and *A. A. Spear* for appellant.

*Livingston Smith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Edward T. Bartlett, Haight, Hiscock and Chase, JJ. Absent: Gray and O'Brien, JJ.